UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

TRUMAN CAPITAL ADVISORS LP,
U.S. BANK NATIONAL ASSOCIATION,
solely as LEGAL TITLE TRUSTEE FOR THE
TRUMAN 2012 SC2 TITLE TRUST, and as
PARTICIPATION AGENT FOR THE
TRUMAN 2012 SC2 TITLE TRUST, and
TRUMAN 2012 SC2 TITLE TRUST,

                    Plaintiffs,

     - against -

NATIONSTAR MORTGAGE LLC,

                    Defendant.

------------------------------------------------------------ X

**ECF Case**

13 Civ. 5945 (NRB)

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

        Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for defendant Nationstar Mortgage LLC ("Nationstar") certifies that Nationstar is a Delaware limited liability company that is wholly owned by Nationstar Sub1 LLC and Nationstar Sub2 LLC.  Nationstar Sub1 LLC and Nationstar Sub2 LLC are Delaware limited liability companies that are wholly owned by Nationstar Mortgage Holdings, Inc., a publically traded company on the New York Stock Exchange under the symbol NSM.

Dated: New York, New York
August 26, 2013

Respectfully submitted,

/s/ Ross E. Morrison
Matthew P. Previn
Ross E. Morrison
mprevin@buckleysandler.com
rmorrison@buckleysandler.com
BUCKLEYSANDLER LLP
1133 Avenue of the Americas, Suite 3100
New York, NY  10036
(212) 600-2400 (Telephone)
(202) 600-2405 (Facsimile)

*Counsel for Defendant Nationstar Mortgage LLC*

2